IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDREW YECKEL | : |
| | : |
| Plaintiff, | : |
| | : Civil Action No. 18-CV-02618 JRT-TNL |
| v. | : |
| | : |
| | : JURY TRIAL REQUESTED |
| JEFFREY DERBY and REGENTS OF | : |
| THE UNIVERSITY OF MINNESOTA | : |
| | : |
| Defendants. | : |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Andrew Yeckel ("Plaintiff"), by and through his counsel, hereby provides notice to this Court that he dismisses this pending action with prejudice under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendants Jeffrey Derby and Regents of the University of Minnesota have not yet served either an answer or a motion for summary judgment in this action.

Dated: December 19, 2018

Respectfully submitted,

*/s/* Paige S. Stradley
Paige S. Stradley, No. 039432
John A. Clifford, No. 134181
MERCHANT & GOULD P.C.
80 South Eighth Street, Suite 3200
Minneapolis, Minnesota 55402
Telephone: 612.332.5300
Email: pstradley@merchantgould.com
          jclifford@merchantgould.com

*Attorneys for Andrew Yeckel*