# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ANDREW YECKEL | : |
| Plaintiff, | : |
| | : Civil Action No. 18-CV-02618 JRT-TNL |
| v. | : |
| | : JURY TRIAL REQUESTED |
| JEFFREY DERBY and REGENTS OF THE UNIVERSITY OF MINNESOTA | : |
| Defendants. | : |

## ORDER OF DISMISSAL

Based upon the Notice of Voluntary Dismissal with Prejudice filed by the Plaintiff on December 19, 2018 (ECF No. 7),

IT IS ORDERED that this action is dismissed with prejudice and without costs of disbursement to any party.

Dated: _____          _____
                                   John R. Tunheim
                                   United States District Judge